## CITY OF ALAMOGORDO V. POLLARD

This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**CITY OF ALAMOGORDO,**
**Plaintiff-Appellee,**
**v.**
**WILLIAM D. POLLARD,**
**Defendant-Appellant.**

NO. A-1-CA-37415

COURT OF APPEALS OF NEW MEXICO

February 11, 2019

APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY, Angie K. Schneider, District Judge

#### COUNSEL

City of Alamogordo, Molly Kicklighter, Petria B. Schreiber, Alamogordo, NM, for Appellee

William D. Pollard, Alamogordo, NM, Pro Se Appellant

#### JUDGES

LINDA M. VANZI, Judge. WE CONCUR: J. MILES HANISEE, Judge, JULIE J. VARGAS, Judge

**AUTHOR:** LINDA M. VANZI

#### MEMORANDUM OPINION

**VANZI, Judge.**

**{1}** Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed and the time for doing so has expired.

**{2}**     REVERSED.

**{3}     IT IS SO ORDERED.**

**LINDA M. VANZI, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**JULIE J. VARGAS, Judge**